IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | 8:07CR126 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| MICHAEL REISDORFF, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the motion to continue by defendant Michael Reisdorff (Reisdorff) (Filing No. 16). Reisdorff seeks a continuance of the trial now scheduled for May 29, 2007. The court heard the motion during a release hearing on April 26, 2007. Reisdorff's counsel requested a continuance of the trial of this matter for at least sixty days. Counsel for the government had no objection to the motion. Reisdorff agreed to the motion and stated he understood the additional time required by the motion would be excluded from the computations under the Speedy Trial Act. Upon consideration, the motion will be granted, in part, as set forth below.

**IT IS ORDERED:**

1. Reisdorff's motion to continue trial (Filing No. 16) is granted as set forth below.

2. Trial of this matter is re-scheduled for **July 16, 2007,** before Chief Judge Joseph F. Bataillon and a jury. The ends of justice have been served by granting such motion and outweigh the interests of the public and the defendant in a speedy trial. The additional **time** arising as a result of the granting of the motion, i.e., the time between **April 26, 2007 and July 16, 2007,** shall be deemed **excludable** time in any computation of time under the requirement of the Speedy Trial Act for the reason that defendant's counsel requires additional time to adequately prepare the case. The failure to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 26th day of April, 2007.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge