# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | **8:07CR126** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| **MICHAEL REISDORFF,** | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on the defendant's motion to continue trial (Filing No. 34). Upon consideration,

**IT IS ORDERED:**

The defendant's motion to continue trial (Filing No. 34) is denied.

DATED this 3rd day of August, 2007.

                                                      BY THE COURT:

                                                      s/Thomas D. Thalken
                                                      United States Magistrate Judge